**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **K.M.,** | * | **CIVIL ACTION FILE NUMBER:** |
| | * | |
| **Plaintiff,** | * | **1:23-cv-00190-TWT** |
| | * | |
| **v.** | * | |
| | * | |
| **CPA HOTELS OF ATLANTA, LLC and RED ROOF FRANCHISING, LLC** | * * * | |
| | * | |
| **Defendants.** | * | |

**DEFENDANT CPA HOTELS OF ATLANTA, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, CPA HOTELS OF ATLANTA, LLC, one of the defendants in the above-styled action (hereinafter referred to as "Defendant CPA Hotels") pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules for the District Court for the Northern District of Georgia and files this, its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned counsel of record for a party to this action certifies that, based on the presently-available facts, the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

(a) K.M.;

(b) CPA Hotels of Atlanta; and

(c) Red Roof Franchising, LLC.

(2) The undersigned further certifies that, based on the presently-available facts, the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Beyond the above, Defendant CPA Hotels is not aware of any persons, associations, firms, partnerships, or corporations, apart from the parties to this action and their counsel of record that do or may have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

(3) The undersigned further certifies that, based on the presently-available facts, the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff: Matthew Stoddard and Janine Bell, Stoddard Law Firm

For Defendant CPA Hotels: Jeffrey A. Brown and Kim M. Minix, Brown & Adams, LLC

This 15th day of March, 2023.

Respectfully submitted,

BROWN & ADAMS, LLC

BY: /s/ *Kim M. Minix*

Jeffrey A. Brown
GA Bar Number: 064441
Kim M. Minix
GA Bar Number: 510580
Attorneys for Defendant CPA Hotels of Atlanta, LLC
Post Office Box 139
Columbus, Georgia 31902
Phone: (706) 653-6109
Email: jbrown@brownadamsllc.com
Email: kminix@brownadamsllc.com

## CERTIFICATE OF SERVICE

I, Jeffrey A. Brown/Kim M. Minix, do hereby certify that we are of counsel for Defendant CPA Hotels of Atlanta, LLC, and that I have served a copy of the above and foregoing DEFENDANT CPA HOTELS OF ATLANTA, LLC's CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT upon all counsel of record via the Court's ECF email notification system and/or email to all counsel of record as follows:

Matthew B. Stoddard
M. Janine Bell
THE STODDARD FIRM
1534 N. Decatur Road
Atlanta, Georgia 30307
matt@legalhelpga.com
janine@legalhelpga.com
Attorneys for Plaintiff

Charles K. Reed
Adi Allushi
Cameron A. Mobley
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
chuck.reed@lewisbrisbois.com
adi.allushi@lewisbrisbois.com
cameron.mobley@lewisbrisbois.com
Attorneys for Defendant Red Roof Inns, Inc.

This 15th day of March, 2023.

/s/ *Kim M. Minix*
Attorneys for Defendant CPA Hotels of Atlanta, LLC